UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CENTURION SYSTEMS, LLC, as Trustee of the
2381 Bridgewood Trail Land Trust,

    Plaintiff,

v.

                                                                                       Case No. 2:21-cv-14090

BANK OF NEW YORK MELLON f/k/a
THE BANK OF NEW YORK, as Trustee for the
Certificate holder of CWALT, Inc. Alternative Loan
Trust 2007-10CB, Mortgage Pass-Through
Certificates, Series 2007-10CB,

    Defendant.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

    Plaintiff, CENTURION SYSTEMS, LLC, as Trustee of the 2381 Bridgewood Trail Land Trust, by and through their undersigned counsel, hereby gives notice of the following authority:

- <u>Lofgren v. The Bank of New York Mellon</u>, Case No. 21-cv-60374 (S.D. Fla. March 19, 2021) (granting motion for remand)

- <u>Ginsberg-Klemmt v. Deutsche Bank Nat'l Trust Co.</u>, Case No. 21-cv-10010 (S.D. Fla. March 1, 2021) (granting motion for remand)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM-ECF to Eric Levine, Esquire on this 19th day of March, 2021.

                                              */s/ Lee Segal, Esquire*
                                              Lee Segal, Esquire (FBN 37837)
                                              **Segal & Schuh Law Group, P.L.**
                                              18167 U.S. Highway 19 North, Suite 100
                                              Clearwater, Florida 33764
                                              Tel: (727) 824-5775 Fax: (877) 636-7408
                                              lee@Segalschuh.com (Attorney)
                                              marie@segalschuh.com (Florida Registered Paralegal)